UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:

Flavia Stovell

(Plaintiff)

v.

State of New Jersey Judiciary Camden Vicinage, Superior Court Jim Graziali, et als

(Defendant)

Docket No.: 16-cv-04839

Judge: Edward S. Kiel

Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit

Notice is hereby given that __Flavia Stovell__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[✓] Judgment, [✓] Order, [ ] Other _____
(Specify)

of the United States District Court, District of New Jersey, entered in this action on

__October 16, 2025__.
(Date)

Dated: November 10, 2025     Attorney for Appellant: __Clifford G. Stewart, Esq.__

__535 Thirteenth Ave__
Street

__Newark, New Jersey 07103__
City, State, Zip

__703-231-8100__
Telephone

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 NOV 10 A 11:06

Clifford G. Stewart, Esq.
535 Thirteenth Avenue
Newark, New Jersey 07103

US District Court
Newark Vicinage

Notice of Appeel
Fleria Stovall
16-CV-04839